IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:07CR336 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TODD F. MEYERS, | ) | |
| | ) | |
| Defendant. | ) | |

Before the court is defendant's oral motion for release to the NOVA Program made at the hearing on March 5, 2008, in this case.  Pretrial Services has now notified the court the a placement is ready for defendant beginning Tuesday, March 18, 2008.  Accordingly,

IT IS ORDERED:

1. The sentencing hearing is rescheduled for **July 18, 2008, at 1:00 p.m.**
2. On **Tuesday, March 18, 2008 at 8:30 a.m. ,** the defendant is to be released to NOVA T.C., 3473 Larimore Avenue, Omaha, Nebraska, for inpatient treatment, and is ordered to remain and participate in its program and obey all rules of the program.
3. That the defendant will also abide by all the terms and conditions of his pretrial release previously imposed.

DATED this 14th day of March, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE