UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR336 |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| | ) | |
| TODD MEYERS, | ) | |
| | ) | |
| Defendant. | ) | |

NOW ON THIS 1st day of July, 2008, this matter comes on before the Court upon the defendant's motion for leave to proceed in forma pauperis on appeal. Filing No. 48. The Court has reviewed the motion with attached affidavit and finds the motion should be granted. IT IS THEREFORE ORDERED that defendant's motion to proceed in forma pauperis, Filing No. 48, is granted.

DATED this 1st day of July, 2008.

**BY THE COURT:**


s/ Joseph F. Bataillon
**JOSEPH F. BATAILLON, CHIEF JUDGE**
**United States District Court**